IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BILL AUSTIN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 1:23-cv-184-ECM |
| ) | |
| REGENCY REALTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is the ORDER, JUDGMENT and DECREE of the Court that judgment is entered in favor of the Defendants and against the Plaintiffs, and this case is DISMISSED with prejudice. Costs are taxed against the Plaintiffs for which execution may issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 5th day of January, 2024.

                                              /s/ Emily C. Marks
                                              EMILY C. MARKS
                                              CHIEF UNITED STATES DISTRICT JUDGE